## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

CURTIS ANTONIO WAY,
DOC # 283331,

      Plaintiff,

v.                                    Case No. 4:25-cv-243-MCR-MAF

SGT. S. BURCH and
OFFICER ERIK D. HOWARD,

      Defendant.

_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation dated May 28, 2025. *See* ECF No. 3. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 3, is adopted and incorporated by reference in this Order.

2.    This case is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g) based on Plaintiff's failure to demonstrate that he faces imminent danger of serious physical injury or pay the filing fee.  Plaintiff may refile the action if he simultaneously submits the $405.00 filing fee.

3.    The Clerk is directed to close this case file.

**DONE AND ORDERED** this 2nd day of December 2025.


*M. Casey Rodgers*
_____

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**